THOMAS V. MILES 131118
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR Patricia Ann King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00151 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER SETTING CHANGE OF PLEA FOR |
| vs. | ) | FEBRUARY 13, 2012 AT 10:00 A.M. AND VACATING DATES FOR TRIAL |
| PATRICIA ANN KING, | ) | CONFIRMATION AND TRIAL |
| Defendant. | ) | DATE: February 13, 2012<br>TIME: 10:00 a.m.<br>DEPT: Hon. Anthony W. Ishii |
| _____ | ) | |

The parties to the above entitled case hereby stipulate that a change of plea, based on the Memorandum of Plea Agreement filed on January 9, 2012, shall be set on February 13, 2012 at 10:00 a.m. to be heard in conjunction with Ms. King's change of plea in case No. 1:10 cr 00249 AWI which has already been set for change of plea on said date and time. The parties further stipulate that the trial confirmation date of April 2, 2012 at 10:00 a.m., and all filings, notices, and exchanges required precedent to the trial confirmation, as well as the trial date of April 17, 2012, shall be vacated.

The parties agree that the delay resulting from the vacating of previously scheduled dates and the new setting shall be excluded in the interests of justice pursuant to 18 U.S.C. 3161(h)(7)(A) in that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Stipulation Setting Hearing on Change of Plea and Order Thereon

Dated: January 27, 2012.    BENJAMIN B. WAGNER, United States Attorney

By: /s/ Mark E. Cullers
MARK E. CULLERS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 27, 2012

By: /s/ Thomas V. Miles
THOMAS V. MILES,
Attorney for Defendant KING

ORDER

IT SO ORDERED. Time is excluded in the interests of Justice pursuant to 18 U.S.C. 3161(h)(7)(A) in that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE